UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RED BLACK TREE D.O.O.,

        Plaintiff,

- against -

HOTEL CREDITS, INC., ET AL.,

        Defendants.

22-cv-7834 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 9, 2022.

SO ORDERED.

Dated:    New York, New York
           October 26, 2022

                                John G. Koeltl
                           United States District Judge