UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE D.O.O.,

               Plaintiff,

    - against -

HOTEL CREDITS, INC., et al.,

               Defendants.

22-cv-7834 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **January 25, 2023 at 4:00 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
           January 19, 2023

                                  /s/ John G. Koeltl
                              John G. Koeltl
                      United States District Judge