UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE D.O.O.,

                 Plaintiffs,

-v-

HOTEL CREDITS, INC. and DEEPAK SHRIVASTAVA,

                 Defendants.

CIVIL ACTION NO.: 22 Civ. 7834 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 3, 3023, the Court orders as follows:

1. Counsel for Defendant Hotel Credits Inc. ("HCI") shall promptly ascertain HCI's willingness to enter a stipulated order of judgment (the "Judgment") and, by **May 17, 2023**, shall file a letter advising whether HCI will stipulate to the Judgment.

2. By **May 5, 2023**, Plaintiff and Defendant Deepak Shrivastava shall enter into an electronically stored information discovery protocol.

3. The fact discovery deadline is EXTENDED to **July 14, 2023**.

4. A telephone status conference is scheduled for **Monday, June 12, 2023 at 10:30 am** (the "Conference") on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

5. The expert discovery deadline is HELD IN ABEYANCE. The parties shall be prepared to discuss at the Conference whether they intend to proceed with expert discovery.

Dated:    New York, New York        SO ORDERED.
           May 3, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**