UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE D.O.O.,

                         Plaintiffs,

-v-                                         CIVIL ACTION NO.: 22 Civ. 7834 (JGK) (SLC)

HOTEL CREDITS, INC. and DEEPAK SHRIVASTAVA,        **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 12, 2023, by **June 30, 2023**, Plaintiff and Defendant Deepak Shrivastava shall file a joint letter reporting on the status of discovery. The terms of the Court's Order at ECF No. 25 remain in effect.

Dated:      New York, New York
              June 12, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**