UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE D.O.O.,

                Plaintiff,

-v-

HOTEL CREDITS, INC. and DEEPAK SHRIVASTAVA,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7834 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, July 20, 2023 (the "Conference"), the Court orders as follows:

1. By **July 28, 2023**, Plaintiff and Defendant Deepak Shrivastava shall file a joint letter reporting on the status of discovery.

2. By **August 11, 2023**, Plaintiff shall file its motion for leave to file an amended complaint, and its proposed amended complaint.

3. The parties shall promptly order a transcript of the Conference.

Dated:    New York, New York
            July 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge