UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE, D.O.O.,

                Plaintiff,

-v-

HOTEL CREDITS, INC., DEEPAK SHRIVASTAVA, MOHAN SUBRAHMANYAM, LELAND KWEE, AARON YOO, MOON YOONWHE, and CAITLIN ZAINO VON DURING,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7834 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Having reviewed Plaintiff's letter at ECF No. 43, the Court orders as follows:

1. Plaintiff shall continue to attempt to serve the Summons and First Amended Complaint (ECF No. 36 (the "FAC")) on Defendants Leland Kwee, Aaron Yoo, Moon YoonWhe, and Caitlin Zaino von During (together, the "Remaining Directors"). By **January 26, 2024**, Plaintiff shall file a letter reporting on the status of its efforts to serve the Remaining Directors.

2. Within 21 days of service, the Remaining Directors shall answer, move, or otherwise respond to the FAC.

3. The Deadlines for fact and expert discovery remain adjourned <u>sine die</u> pending appearance of the Remaining Directors, following which the Court will enter a new case management plan governing the remainder of pre-trial proceedings.

Dated:     New York, New York
            December 28, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge