UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RED BLACK TREE D.O.O,

        Plaintiff,

- against -

HOTEL CREDITS, INC., ET AL.

        Defendants.

---

22-cv-7834 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

The parties are directed to appear for a telephone conference on **Monday, January 22, 2024**, at **4:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

The time to respond to the Amended Complaint is extended and will be set at the conference.

SO ORDERED.

Dated:    New York, New York
           January 12, 2024

                                        John G. Koeltl
                                      United States District Judge