UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE D.O.O,

          Plaintiff,

- against -

HOTEL CREDITS, INC., ET AL.

          Defendants.

22-cv-7834 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The deadline to file an Amended Complaint is **February 9, 2024**. The deadline to move or answer is **February 23, 2024**. The deadline to respond to any motion to dismiss is **March 8, 2024**. The deadline to reply is **March 22, 2024**.

SO ORDERED.

Dated:    New York, New York
            January 25, 2024

                                    John G. Koeltl
                           United States District Judge