UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE, D.O.O.,

                Plaintiff,

-v-

HOTEL CREDITS, INC., DEEPAK SHRIVASTAVA, LELAND KWEE, MOON YOONWHE, and CAITLIN ZAINO VON DURING,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7834 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Having reviewed Plaintiff's letter at ECF No. 56, the Court orders as follows:

1. By **May 16, 2024**, Plaintiff shall request certificates of default as to Defendants Hotel Credits, Inc. and Caitlin Zaino Von During in accordance with S.D.N.Y. Local Civil Rule 55.1. Plaintiff's deadline to file a motion for default judgment against these Defendants is HELD IN ABEYANCE pending a determination of liability with respect to the remaining Defendants.

2. By **June 7, 2024**, Plaintiff shall file a letter reporting on the status of its efforts to serve Defendants Leland Kwee and Moon YoonWhe with the Summons and Second Amended Complaint (ECF No. 54).

3. Fact discovery between Plaintiff and Defendant Deepak Shrivastava shall resume and shall be completed by **June 24, 2024**.

4. By **July 1, 2024**, Plaintiff and Mr. Shrivastava shall file a joint letter certifying the completion of fact discovery and indicating whether the parties

(i) request a settlement conference with the Court or (ii) intend to pursue expert discovery.

Dated:   New York, New York
         May 9, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge