UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE, D.O.O.,

                Plaintiff,

  -v-

HOTEL CREDITS, INC., DEEPAK SHRIVASTAVA, LELAND KWEE, MOON YOONWHE, and CAITLIN ZAINO VON DURING,

                Defendants.

CIVIL ACTION NO. 22 Civ. 7834 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On May 9, 2024, the Court directed (i) Plaintiff and Defendant Deepak Shrivastava (together, the "Parties") to complete fact discovery by June 24, 2024 and (ii) the Parties to file by July 1, 2024 a joint letter (the "Letter") certifying the completion of fact discovery and indicating whether they request a settlement conference with the Court or intend to pursue expert discovery. (ECF No. 57 ¶¶ 3–4). The Parties failed to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the Parties to file the Letter by **July 3, 2024**.

Dated:     New York, New York
             July 2, 2024

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**