UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE, D.O.O.,

                 Plaintiff,

-v-

HOTEL CREDITS, INC., DEEPAK SHRIVASTAVA, LELAND KWEE, MOON YOONWHE, and CAITLIN ZAINO VON DURING,

                 Defendants.

CIVIL ACTION NO.: 22 Civ. 7834 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Having reviewed Plaintiff's letter at ECF No. 75, the Court orders as follows:

1. By **July 12, 2024**, Plaintiff shall its motion for alternative service with respect to Defendant Caitlin Zaino Von During.

2. By **August 9, 2024**, Plaintiff shall file a letter reporting on the status of its efforts to serve Defendants Leland Kwee and Moon YoonWhe with the Summons and Second Amended Complaint (ECF No. 54).

Dated:     New York, New York
           July 11, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**