```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

RED BLACK TREE D.O.O.,

           Plaintiff,

  - against -

HOTEL CREDITS, INC., ET AL.,

           Defendants.

─────────────────────────────────

22-cv-7834 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The time for defendant Deepak Shrivastava to file a motion for summary judgment is stayed pending further order of the Court.

**SO ORDERED.**

Dated:   New York, New York
         August 27, 2024

                                        /s/ John G. Koeltl
                                            John G. Koeltl
                               United States District Judge