UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED BLACK TREE D.O.O.,<br><br>Plaintiffs,<br><br>-v-<br><br>HOTEL CREDITS, INC. and DEEPAK SHRIVASTAVA,<br><br>Defendants. | CIVIL ACTION NO.: 22 Civ. 7834 (JGK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

At the Court's direction, Plaintiffs' counsel filed a declaration concerning each individual defendant's domicile so the Court can determine whether it has subject matter jurisdiction over the case.  (ECF Nos. 93, 97).  Accordingly, Plaintiff satisfied the Order.  (Id.).  Defendants are not precluded from challenging jurisdiction at summary judgment.

Dated:    New York, New York
         August 27, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge