UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RED BLACK TREE D.O.O.,

                    Plaintiff,

         - against -

HOTEL CREDITS, INC., ET AL.,

                    Defendants.

---

22-cv-7834 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a case-management conference on Friday, **September 20, 2024,** at **12:00 p.m.**

    All pending deadlines in this case are stayed pending further order of the Court.

SO ORDERED.

Dated:     New York, New York
           September 3, 2024

                              John G. Koeltl
                    United States District Judge