```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| RED BLACK TREE D.O.O.,<br>　　　　　　　　Plaintiff, | 22-cv-7834 (JGK) |
| - against - | ORDER |
| HOTEL CREDITS, INC., ET AL.,<br>　　　　　　　　Defendants. | |

JOHN G. KOELTL, District Judge:

The defendant, Caitlin Zaino von During, filed a motion to dismiss the complaint (ECF No. 104), without requesting a pre-motion conference pursuant to the Court's individual practices.

The defendant is directed to appear at the case-management conference scheduled in this case on Friday, **September 20, 2024,** at **12:00 p.m.** See ECF No. 103.

All pending deadlines in this case remain stayed pending further order of the Court.

SO ORDERED.
Dated:　　New York, New York
　　　　　September 9, 2024

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge