```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

RED BLACK TREE D.O.O.,

        Plaintiff,

- against -

HOTEL CREDITS, INC., ET AL.,

        Defendants.

------------------------------------------------------

22-cv-7834 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Pursuant to the Court's prior orders, see ECF Nos. 113 & 114, the defendant Caitlin Zaino von During submitted a Declaration dated November 7, 2024. ECF No. 115. The parties are directed to submit proposals for next steps by **November 20, 2024.**

The Clerk is directed to restrict electronic access to the Declaration of Zaino von During to the parties and the Court, as the Declaration attaches an exhibit containing personal information.

The Clerk is also directed to: (1) mail a copy of this Order to the defendant Caitlin Zaino von During at: Via Paolo Emilio 32, 00192 Rome, Italy; and (2) to send a copy of the same by email to caitlinzaino@gmail.com.

SO ORDERED.

Dated:    New York, New York
            November 13, 2024

                                          John G. Koeltl
                                     United States District Judge