UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RED BLACK TREE, D.O.O.,
                Plaintiff(s)

                                                                    22 civ 7834 (JGK)

       -against-

HOTEL CREDITS, INC., et al.,
                Defendant(s).
-------------------------------------------------------------X

**ORDER**

The joint pre-trial order, together with any pre-trial submissions (pretrial memoranda, voir dire, requests to charge and motions in limine) shall be due **October 21, 2025**. The parties shall be ready for trial as of **November 4, 2025.**

**SO ORDERED.**

                                                                   _____
                                                                    **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 23, 2025