UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RED BLACK TREE D.O.O.,

           Plaintiff,

   - against -

HOTEL CREDITS, INC., ET AL.,

           Defendants.

22-cv-7834 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Defendant Hotel Credits, Inc. ("HCI") shall respond in writing to the attached Order to Show Cause for a default judgment by **November 12, 2025**. If HCI fails to respond by that date, judgment may be entered against HCI and HCI will have no trial. The plaintiff may reply by **November 18, 2025**.

The plaintiff shall serve a copy of this Order to Show Cause, together with the Clerk's Certificate of Default (ECF No. 65), on HCI by **October 28, 2025**, and file proof of service by **October 30, 2025**.

No personal appearances are required in connection with this Order to Show Cause.

SO ORDERED.
Dated:   New York, New York
         October 23, 2025

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge