UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BLACK TREE, D.O.O.,

                Plaintiff,

- against -

HOTEL CREDITS, INC., ET AL.,

                Defendant.

22-cv-7834 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On May 16, 2024, the Clerk of Court issued a certificate of default as to the defendant Hotel Credits, Inc. ("HCI"). ECF No. 65. On October 23, 2025, the Court entered an order to show cause why a default judgment should not be entered against HCI. ECF No. 140. The plaintiff served the order to show cause on HCI on October 27, 2025. ECF No. 141. The time for HCI to respond to the order to show cause was November 12, 2025, ECF No. 140, but to date, HCI has failed to respond.

Accordingly, the plaintiff is entitled to a default judgment against HCI. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

Dated:   New York, New York
         November 18, 2025

                                                John G. Koeltl
                                          United States District Judge