UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
RED BLACK TREE D.O.O.,

                Plaintiffs,

-v-

HOTEL CREDITS, INC., et al.,

                Defendants.

CIVIL ACTION NO. 22 Civ. 7834 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Honorable John G. Koeltl's referral to the undersigned to conduct an inquest on damages (see Dkt. No. 143), it is hereby **ORDERED** that:

1. Plaintiff Red Black Tree D.O.O. ("Plaintiff") has submitted a declaration and statement of damages in support of its proposed order to show cause for a default judgment against Defendant Hotel Credits, Inc. ("HCI"). (Dkt. Nos. 136–39 (the "Damages Submission")).

2. HCI shall submit its response to Plaintiff's Damages Submission, if any, no later than **December 3, 2025**. IF HCI (1) FAILS TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAILS TO CONTACT MY CHAMBERS BY **DECEMBER 3, 2025** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S DAMAGES SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109

F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Plaintiff is directed to serve this Order on HCI and file proof of service on the docket by no later than **November 26, 2025.**

Dated:   New York, New York
         November 19, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge