**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**RED BLACK TREE D.O.O.,**

$\qquad$ **Plaintiff,**

$\qquad$ - against -

**HOTEL CREDITS, INC., ET AL.,**

$\qquad$ **Defendants.**

---

**22-cv-7834 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

$\qquad$ The Court has reviewed the Report and Recommendation of Magistrate Judge Cave dated June 10, 2026 (ECF No. 146). The Report recommends that a default judgment in favor of Red Black Tree ("RBT") and against Hotel Credits, Inc. ("HCI") be entered as follows:

- RBT be awarded:
  - Compensatory damages of $1,551,330.01 on its Contract Claim;
  - Prejudgment interest at a rate of 9% per annum on the principal amount of $1,551,330.01 from March 30, 2020 through the date of judgment;
  - Post-judgment interest in an amount consistent with 28 U.S.C. § 1961; and
  - Costs in the amount of $402.00.
- The Account Stated and the Fraudulent Transfer Claims, which are duplicative of the Contract Claim, be dismissed with prejudice.

$\qquad$ No objections have been filed to the Report, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and awards the relief set out in the Report.

The Clerk is respectfully requested to enter judgment as set forth in the Report and to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 26, 2026**

_____
**John G. Koeltl**
**United States District Judge**

2