# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RED BLACK TREE D.O.O.,

                      Plaintiff,                22 **CIVIL** 7834 (JGK)

    -against-                          **<u>JUDGMENT</u>**

HOTEL CREDITS, INC., ET AL.,

                   Defendants.

-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 26, 2026, the Court finds that the Report and Recommendation is well reasoned and correct. The Court has therefore adopted the Report and awards the relief set out in the Report. RBT is awarded Compensatory damages of $1,551,330.01 on its Contract Claim; Prejudgment interest at a rate of 9% per annum on the principal amount of $1,551,330.01 from March 30, 2020, through the date of judgment, in the amount of $873,292.54; Post-judgment interest in an amount consistent with 28 U.S.C. § 1961; and Costs in the amount of $402.00. The Account Stated and the Fraudulent Transfer Claims, which are duplicative of the Contract Claim, are DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York
        June 30, 2026

                                **TAMMI M. HELLWIG**
                                  ————————————————
                                    **Clerk of Court**

        **BY:**                K. mango
                                    ————————————————
                                    **Deputy Clerk**